Court Clerk Mr. ~~David~~ Bradley
P.O. Box 61010
Houston, Tex. 77208

Re: Your letter of 1/18/18

United States Courts
Southern District of Texas
FILED

JUN 08 2018

David J. Bradley, Clerk of Court

4:-18-CV-01652

Dear Mr. Bradley,                                    6/4/18

  Mid 2017, I wrote Atty. Mr. William Demond in Houston seeking legal aid on this blanket issue. His letter of 7/17/17 he said that I have a viable case. Send him all of the evidence that I have.

  Out of good faith I sent him everything yet I kept my paper trail intact and ongoing. I have written him 8 or 10 times with no response.

  My daughter has called him many times. He told her that he would write me or return all of my papers.

  I have written the State Bar of Texas only to be told "we can't help you".

1

Mr Bradley I shouldn't need that evidence but it goes back for years to show that this has been an ongoing problem that no one but me wants to resolve without further pain or suffering, but me!!

My question is how can I get my records back? What can I do?

I'm sorry I am not trained in law and really would appreciate any help. That is why I wrote Mr Demond to begin with!

Sir, I am 72 years old, please forgive my shaky hand. May God Bless!!

Thanking you in advance.

Yours Truly
Calvin E. Weaver

Calvin E. Weaver
C.T. Terrell Unit
1300 Fry Lo55
Rosharon, Tex. 77583

Calvin G. Weaver 629196
C.T. Terrell Unit
1300 FM 655
Rosharon, Tex 77583

United States District Court
Southern District of Texas
Clerk Mr. David Bradley
P.O. Box 61010
Houston, Texas 77208

Legal Mail

NORTH HOUSTON TX 773
07 JUN 2018 PM 4 L

United States Courts
Southern District of Texas
FILED
JUN 08 2018
David J. Bradley, Clerk of Court

77208-101010