Mr. Ken Paxton, Texas Atty. Gen.
P.O. Box 12548
Austin, Texas 78711-2548

United States Courts
Southern District of Texas
FILED
NOV 05 2018
David J. Bradley, Clerk of Court

Re: Civil Action Case #4:18-cv-01652

Dear Mr. Paxton,                                10/30/18

I am having some problems. First: My daughter has been trying to send me an E.com so I can get paper and pen to respond to the courts. Can't offer order.

Second: Grievance dept. and medical refuse to give me any information at all.

I have no attorney, so I have no one outside to do anything. There is a lot of information that I need but have no access to.

I have been indigent for years and have no money to pay for copies. Is there any way that you can help? I gave them many grievance numbers and dates on I-60s and sick calls.

I thank you in advance!!

Respectfully,
Calvin E. Weaver
Calvin E. Weaver 926796
CT. Terrell Unit
1300 FM 655
Rosharon, Tex.
77583

CC: file
CC: Mr. Bradley, Fed. Ct., Houston.

Lewis L. Weaver 820796
C.T. Terrell Unit
1300 FM 655
Rosharon, Tex. 77583

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

Attn: Mr. D. Bradley

United States Courts
Southern District of Texas
FILED
NOV 05 2018
David J. Bradley, Clerk of Court