# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Calvin E. Weaver   TDCJ #: 820796

Unit: Terrell   Housing Assignment: N1-T3

Unit where incident occurred: C.T. Terrell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mr. Cruz (2-I 60's)   When? 10/15/18 // 10/20/18

What was their response? Denied me request

What action was taken? denied my request

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On 10/15/18, I requested copies of 4 grievances but was denied. In relation to the Civil Complaint action case # 4:18-cv-01652, In the U.S. Dist. Court in Houston. According to the 28 C.F.R.§40, The U.S. Atty. Gen. is required to set minimum standards for prison grievance procedure and the 1st Amend of the U.S. Prisoners have a right to redress of grievances in the U.S. Dist. Ct.

When TDCJ denies me access to review my own records they violate Due Process because these grievances have substantial information about this case # 4:18-cv-01652.

I have been indigent for about 4 years and can not pay for the copies that I need to send to the Court and Tex. Atty. Gen.

Check I60, on 10/15/18, I need 2 sets of copies on both Step 1, and Step 2.

Mr. Cruz rudely refused.

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

_____
_____
_____
_____
_____
_____

CC: U.S. Dist. Ct., Honorable Kenneth Hoyt -
U.S. Dist. Clerk, Mr. David Bradley.

**Action Requested to resolve your Complaint:** From my 1 on 10/5/18, I need 2 sets of copies of Step 1's and Step 2's.

**Offender Signature:** Calvin E. [illegible signature]    **Date:** 10/26/18

**Grievance Response:**




**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

**SUBJECT:** *State briefly the problem on which you desire assistance.*

cc: File
cc: Ken Paxton
cc: Fed. St. Hou

Grievance Dept. - Ms. Cruz,
  Ms. Cruz, over the years I owned 6 different businesses, I know records MUST be kept for many years. Are you telling me that the government records have been tampered with so you can't give me the copies that I ask for on 10/15/18? Please make an effort to find me those records and send me the copies that I ask for! Thank you! ASAP!!! Huntsville has them!

Name: Calvin G. Weaver    No: 820926    Unit: Terrell
Living Quarters: A1-13    Work Assignment: Uvas. Med.    10/29/18

**DISPOSITION:** (Inmate will not write in this space)

scan
OCT 22 2018

I don't have to send you anything. Once the grievances are closed you are given your original grievance back. Therefore you should have a copy of all your grievances as all are closed

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Grievence Dept. - Ms. Cruz_   DATE: _10/20/18_
(Name and title of official)

ADDRESS: _Terrell_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Grievence Dept. (Rec.back 10/17/18)

Could I please get copies of grievence #'s 2012134424 and 2016054317. #'s step 1 & 2 step please.

Thank you very much!!

And Step 1, 12/11/15 and Step 1, 5/18/16
" Step 2, and Step 2,

Name: Calvin E. Weaver  No: 820796  Unit: Terrell
Living Quarters: A1-13  Work Assignment: Lenses Med 10/15/18

**DISPOSITION:** (Inmate will not write in this space)

Due to the dates of these grievances we no longer have these in our file retention

OCT 16 2019

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

A1-13

TO: Grievence Dept. _____ DATE: 10/15/18
(Name and title of official)

ADDRESS: Terrell