United States District Court
Southern District of Texas

United States District Court
Southern District of Texas
FILED
DEC 18 2018
David J. Bradley, Clerk of Court

Calvin Edward Weaver

vs

Brian Collier, et al.,

Civil Motion #: 4-18-cv-01652

Dear Mr. Bradley,  12/11/18

Earlier I sent I-60's to the court that I had sent to Grievance Dept. that refused to give me copies of evidence that I need.

I sent I-60 to medical for copies, refused.

I sent I-60 to Law Library like Asst. Warden Patrick said for copies. I was told that because I am indigent and unable to pay for copies that I can't get them.

I sent a letter to Texas Tech. at Allred Unit about the 2 times I was tested for allergy to blankets about 2002 with no response.

About 11/13/18, at night I got cold so I used the blanket to cover only my feet for about 3 hours. I itched very bad about 3 days. I got sores from my thighs down to my feet. I wanted to make sure it was the blankets causing the problem. It was!!

About 11/17/18 I put in to see provider but was not seen until 12/10/18 after most sores healed.

(1)

12/10/18

I showed provider, some of the sores that had not healed over the last 26 days or so. She ordered me medication but again I was denied an extra sheet or blanket. It took 3 or 4 sick calls before seeing her.

Mr. Bradley, friends at the Law Library helped me doing the "motion for counsel" but I get conflicting information about what to do about Discovery since I am unable to obtain most of the evidence since I am indigent and no way to pay for copies. I try to read the law books but understand very little of what I read. Evidence is deliberately being withheld from me because of this.

I have a lot of evidence in my possession but am unable to obtain most. I assume the subpoena's were denied.

I also wrote both Wardens but got no response from either. Praying for Legal Aid.

"Merry Christmas"
&
"Happy New Year"

Respectfully,
Calvin E. Weaver
Calvin E. Weaver
820796

C.T. Terrell Unit
1300 FM 655
Rosharon, TX.
77583

Calvin E. Weaver, 820796
C.T. Terrell Unit
1300 FM 655
Rosharon, TX.
77583

Attn: Mr. David Bradley

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas
77208

United States District Court
Southern District of Texas
FILED
DEC 18 2018
David J. Bradley, Clerk of Court