UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALVIN EDWARD WEAVER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-01652 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff Calvin Edward Weaver filed a motion for appointment of counsel. This is Weaver's third motion for appointment of counsel. For the same reasons stated in this Court's order denying Weaver's second motion for appointment of counsel, *see* Doc. # 26, Weaver's third motion for appointment of counsel (Doc. # 30) is DENIED. Weaver may renew his motion if this case survives the two currently pending motions to dismiss.

It is so ORDERED.

SIGNED on this 30th day of January, 2019.

Kenneth M. Hoyt
United States District Judge

1 / 1