United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED
MAR 25 2019
David J. Bradley, Clerk of Court

Calvin Edward Weaver
Plaintiff

VS                                Civil Action No. 4:18-cv-1652

Bryan Collier, et al.,
Defendants

## On Motion to States Motion for Protective Order Motion for extention of Time

Now Comes Calvin Edward Weaver Plaintiff, prose seeking an extention of time to respond to states brief seeking Protective order for Drewsu and Gonzalez.

### 1.

Due to facts beyond my control, medical and mental issues along with little to no knowledge of law, needing time to research in a very antiquated Law Library which most books are Marked "Outdated" and unprofessional Law Library staff it is almost impossible to acquire information without knowing exact cites.

### 2.

Also on Jan. 24, 2019, I was transferred to another unit away from the writ writer that was doing my legal work. I have no one on this unit that I trust!

(1)

3.

Me having a very bad memory and constant issues with vertigo I ask the court for at least 120 days to try to do my own legal work.

4.

Please do not hold me to the standards of an educated person trained in Law.

Prayer

I pray for the courts mercy!

On this the 18th day of March, 2019.

P.S. Please forward copies to All persons. Thank you.

Respectfully
Calvin E. Weaver
Calvin E. Weaver 820796
Pack 1 Unit
2400 Wallace Pack Rd
Navasota, TX.
77868

(2)

Calvin E. Weaver 826796
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX. 77868

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

NORTH HOUSTON
21 MAR 2019

United States Courts
Southern District of Texas
FILED
MAR 25 2019
David J. Bradley, Clerk of Court