UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALVIN EDWARD WEAVER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1652 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On February 6, 2019, this Court denied plaintiff Calvin Edward Weaver's motion to suspend the rules requiring service. *See* Doc. # 35. On February 22, 2019, Weaver filed a motion for reconsideration of that order. On February 26, 2019, this Court denied the motion for reconsideration. *See* Doc. 3 41. On March 25, 2019, Weaver filed a second motion for reconsideration. For the same reasons stated in this Court's Orders of February 6 and February 26, 2019, Weaver's motion (Doc. # 46) is DENIED. Weaver is hereby warned that further motions seeking the same relief may subject him to sanctions.

It is so ORDERED.

SIGNED on this 1st day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge