UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALVIN EDWARD WEAVER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1652 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants Kwabena Owusu, M.D., and Jose Gonzalez filed a motion for a protective order staying discovery pending a determination of their qualified immunity defense. Plaintiff Calvin Edward Weaver filed a motion for an extension of time to respond to the motion for a protective order.

On March 29, 2019, this Court entered a Memorandum and Order dismissing all claims against defendant Owusu and some of the claims against defendant Gonzalez. The Court denied Gonzalez' motion to dismiss the remaining claims against him based on qualified immunity. *See* Doc. # 48. Because Dr. Owusu is no longer a defendant and the Court has rejected defendant Gonzalez' qualified immunity defense, these motions are moot. Accordingly, it is ORDERED that defendants Owusu's and Gonzalez' motion for a protective order (Doc. # 44) and Weaver's motion for an extension of time (Doc. # 45) are DENIED AS MOOT.

It is so ORDERED.

SIGNED on this 3rd day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge