UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CALVIN EDWARD WEAVER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1652 |
| § | |
| BRYAN COLLIER, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff filed a motion for discovery. Leave of the Court is not required for plaintiff to conduct discovery. Because plaintiff can serve his discovery requests on the defendants in accordance with the applicable Rules of Civil Procedure, there is no relief that the Court can grant on plaintiff's motion. Accordingly, it is **ORDERED** that plaintiff's motion for discovery (Doc. # 60) is **DENIED**.

It is so **ORDERED**.

SIGNED on this 29th day of April, 2019.

Kenneth M. Hoyt
United States District Judge