United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

MAY 16 2019

David J. Bradley, Clerk of Court

Calvin Edward Weaver
                Plaintiff

vs                          Civil Action No. 4:18-cv-1652

Bryan Collier, Et Al.

### Plaintiff's statement about the usage of Cotton Blankets

1. For Approximately 7 years I had cotton Blankets issued to me by Medical Providers. I had very few skin irritations, mainly dry skin caused by the hard water at the Terrell Unit as per Nurse Provider Abraham. He said that I had psoriasis which was aggrivated by the use of TDCJ's fiber blankets.

2. About the end of 2009, maybe later, I was provided with TDCJ's fiber blankets. From the very beginning I itched horribly. This led to constant itching, to scratching then eventually sores from all of the scratching.

3. The recycled materials blankets are "furniture covers" for Commercial movers like Wald, Atlas and U-haul.

(1)

4. My skin reacts to the recycled materials worse than they did to the wool blankets.

5. The recycled materials blankets are washed together causing cross contamination of both.

6. TDCS's winter blankets, wool and fibers, are washed and dried with TDCS's winter jackets. I have seen this myself.

7. Contaminated laundry is dumped in with the regular clothes. Washed and dried together. This too I saw myself.

8. I only get the itching after using the fiber blankets. The fibers aggrivate the psoriasis too. During the summer I have no problems only after using the fiber blankets.

## VERIFICATION

I, CALVIN EDWARD WEAVER, TDCJ-ID No. 830196, incarcerated at the Wallace Pack Unit of the Texas Dept. of Criminal Justice - Institutional Division, at 2400 Wallace Pack Rd., Navasota, Texas, 77868, Grimes County, have read the foregoing Declaration, and verify it to be true, except as to matters based upon information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Navasota, Grimes County, Texas on this the 13th day of May, 2019.

_Calvin E. Weaver_
Calvin EDWARD WEAVER
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tex. 77868

Calvin E. Weaver 820796
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX. 77868

Attn: Mr. D. Bradley
☆
Legal Mail

United States Courts
Southern District of Texas
FILED
MAY 16 2019
David J. Bradley, Clerk of Court

15 MAY 2019 PM 2 L

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, TX. 77208

77208-101010