UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALVIN EDWARD WEAVER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1652 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Calvin Edward Weaver filed a motion to present evidence under Rule 201 of the Federal Rules of Evidence. Rule 201 concerns judicial notice of adjudicative facts. The rule provides that a court can take judicial notice of facts that are generally known within the trial court's territorial jurisdiction, or that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Weaver asks the Court to take judicial notice of facts concerning his medical condition and attempts to obtain medical treatment. These are not the kinds of facts covered by the judicial notice rule. While Weaver may present evidence to support his factual assertions at an appropriate time, this Court cannot take judicial notice of these facts. Accordingly, it is ORDERED that Weaver's motion to present evidence (Doc. # 72) is DENIED.

It is so ORDERED.

SIGNED on this 30th day of May, 2019.

_____
Kenneth M. Hoyt
United States District Judge