IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALVIN EDWARD WEAVER | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | Civil No. 4:18-CV-1652 |
| | § | |
| BRYAN COLLIER *et al.,* | § | |
| *Defendants.* | § | |

# ORDER

On this day came to be considered **Defendant Bryan Collier and James Blake's Motion to Strike ECF No. 88 Pursuant to Federal Rules of civil Procedure 56 (c)(2), and Federal Rules of Evidence 401, 403, 802, and 901**. After considering the arguments contained therein, the Court is of the opinion that the following order should issue:

For the reasons presented in Defendants' motion, it is hereby **ORDERED** that the motion is in all things **GRANTED**. Plaintiff Calvin Weaver's correspondence and offered evidence, ECF No. 88, is hereby stricken from the record.

SIGNED on this the _____ day of _____, 2019.

_____
**JUDGE PRESIDING**