UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALVIN EDWARD WEAVER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1652 |
| | § | |
| BRYAN COLLIER | § | |
| and | § | |
| COMSTOCK | § | |
| and | § | |
| KWABENA OWOSU, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, and the *Memorandum and Order* dated March 29, 2019, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 23rd day of March, 2020.

Kenneth M. Hoyt
United States District Judge

1 / 1